UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLA DEATRICK, individually and on behalf of all others similarly situated,

        Plaintiff,

      v.

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,

        Defendant.

_____/

No. C-12-1055 EMC

**ORDER GRANTING DEFENDANT'S MOTION TO STAY**

**(Docket No. 13)**

Defendant filed a motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") on Defendant's motion to transfer this and other related putative class actions for consolidated and coordinated proceedings pursuant to 28 U.S.C. § 1407. Docket No. 13. Although Plaintiff opposes the motion to stay, she does not oppose Defendant's motion to the JPML, nor does she oppose transferring the action to the District of Columbia. Pursuant to Civil Local Rule 7–1(b), the Court determines that the matters are appropriate for resolution without oral argument, and **VACATES** the hearing. Having considered the parties' submissions, and for good cause shown, the Court hereby **ORDERS**:

(1)    Defendant's motion to stay these proceedings is **GRANTED**. The Court finds that a stay will "further judicial economy and [] eliminate the potential for conflicting pretrial rulings." *Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998). Plaintiff has made no showing of prejudice that would result from a stay.

(2) All proceedings in this matter are stayed pending a decision by the JPML whether to consolidate and transfer these proceedings.

(3) If the JPML determines this action should not be transferred, the parties shall file a joint letter so informing the Court within 14 days from the panel's determination.

(4) The stay will expire as soon as this action is transferred pursuant to the panel's determination, or on the day on which the parties file their joint letter to the Court.

(5) The Case Management Conference set for 7/13/2012 shall remain on the calendar. If the panel has not yet made its determination 7 days before the CMC, the parties shall file a joint letter so informing the Court in lieu of a joint CMC statement.

This Order disposes of Docket No. 13.

IT IS SO ORDERED.

Dated: May 2, 2012

_____
EDWARD M. CHEN
United States District Judge